# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| JOHN REECE, <br><br> Petitioner, <br><br> v. <br><br> MAGGIE MILLER-STOUT, <br><br> Respondent. | Case No. C09-5520RJB <br><br> ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* |

The petitioner in this action is seeking federal habeas corpus relief pursuant to 28 U.S.C. § 2254. This case has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. §§ 636 (b) (1) (A) and 636 (b) (1) (B) and Local Magistrate Judge's Rules MJR 3 and MJR 4. Petitioner's application for leave to proceed *in forma pauperis* (Dkt. # 1and 3) is **GRANTED**. Petitioner does not appear to have access to funds to afford the $5.00 filing fee.

The Clerk is directed to mail a copy of this Order to petitioner.

Dated this 17th day of September 2009.

J. Richard Creatura
United States Magistrate Judge

ORDER - 1